# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:    DUTY ASSIGNMENT       :  No. 508 Judicial Administration Docket
             SCHEDULE FOR           :
             EMERGENCY PETITIONS IN  :
             THE YEAR 2019          :

## ORDER

**PER CURIAM:**

**AND NOW**, this 5th day of December, 2018, the emergency duty assignment for the year 2019, is herewith adopted.

| January | Justice Debra Todd | (Eastern District) |
| | Justice David Wecht | (Western District) |
| February | Justice Max Baer | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| March | Justice Christine Donohue | (Eastern District) |
| | Justice Sallie Updyke Mundy | (Western District) |
| April | Justice David Wecht | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| May | Justice Kevin Dougherty | (Eastern District) |
| | Justice Max Baer | (Western District) |
| June | Justice Sallie Updyke Mundy | (Eastern District) |
| | Justice Christine Donohue | (Western District) |
| July | Justice Debra Todd | (Eastern District) |
| | Justice David Wecht | (Western District) |
| August | Justice Max Baer | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| September | Justice Christine Donohue | (Eastern District) |
| | Justice Sallie Updyke Mundy | (Western District) |

| October | Justice David Wecht | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| | | |
| November | Justice Kevin Dougherty | (Eastern District) |
| | Justice Max Baer | (Western District) |
| | | |
| December | Justice Sallie Updyke Mundy | (Eastern District) |
| | Justice Christine Donohue | (Western District) |